R. N. BUCHANAN, Doing Business under the Name of NATIONAL MANUFACTURING AND IMPORTING COMPANY, Respondent, v. REUBEN H. GULVIN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that, in view of the explanation contained in the

affidavit submitted by the defendant, the denial in question was not sham or frivolous. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.